IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LANDON TERRELL HARDIMAN, JR. | ) | Case No. 07-00954-5-ATS |
| DAFFNEY MERRITT HARDIMAN, | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

MOTION FOR RECONSIDERATION OF COURT'S ORDER OF AUGUST 15, 2007

NOW COMES Coastal Federal Credit Union (herein "Coastal"), by and through its undersigned counsel, and hereby asks the Court for reconsideration of its Order Regarding Reaffirmation Agreement entered on August 15, 2007.

WHEREFORE, Coastal respectfully requests that a hearing be scheduled on this matter by the Court.

This the 24th day of August, 2006.

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

By: s/          Pamela P. Keenan
Pamela P. Keenan
N.C. State Bar No. 20328
Attorneys for Coastal Federal Credit Union
Post Office Box 19766
Raleigh, North Carolina, 27619
Telephone: (919) 848-0420

<u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that on this day, she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Landon and Daffney Hardiman
100 Cedar St.
Butner, NC 27509

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Joseph N. Callaway
PO Box 7100
Rocky Mount, NC 27804

This the 24th day of August, 2007

s/            Gwen T. Best
Gwen T. Best
Paralegal