**VAN–082** Memorandom – Rev. 07/02/2007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Landon Terrell Hardiman Jr
100 Cedar Street
Butner, NC 27509

CASE NO.: 07–00954–5–ATS

DATE FILED: May 2, 2007

CHAPTER: 7

Daffney Merritt Hardiman
100 Cedar Street
Butner, NC 27509

MEMORANDUM

Pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, within ten (10) days after filing the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding, the appellant must file with the court at the address shown above, a designation of the items to be included in the record on appeal and a statement of issues to be presented. A copy must be served on the appellee.

Within ten (10) days after service of the appellant's statement, the appellee may file a designation of additional items to be included in the record. A copy must be served on the appellant.

Any party filing a designation of the items to be included in the record must provide to the clerk a copy of the items designated. If the record designated by any party includes a transcript of any proceeding or a part thereof, the party must file with the clerk, a written request for the transcript. The cost of the transcript is the responsibility of the requesting party.

DATED: November 29, 2007

Peggy B. Deans
Clerk of Court